BRIAN J. STRETCH (CABN 163973)
United States Attorney

DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

HELEN L. GILBERT (NYBN 4736336)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7021
    FAX: (415) 436-7234
    Helen.Gilbert@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>DAVID PEREZ HERNANDEZ,<br><br>    Defendant. | CASE NO. CR 16 296<br><br>PETITION FOR AND WRIT OF HABEAS CORPUS AD PROSEQUENDUM |

TO:     The Honorable Sallie Kim, United States Magistrate Judge of the United States District Court for the Northern District of California:

    DAVID PEREZ HERNANDEZ is currently in the custody of the Mendocino Sheriff on a pending matter before the California Superior Court in Mendocino County. Assistant United States Attorney Helen L. Gilbert respectfully requests that this Court issue a Writ of Habeas Corpus Ad Prosequendum for the person of prisoner DAVID PEREZ HERNANDEZ, whose place of custody or jail are set forth in the requested Writ, attached hereto.

//

//

PETITION FOR AND WRIT OF HABEAS CORPUS AD PROSEQUENDUM
1

1 | The prisoner, DAVID PEREZ HERNANDEZ, is required as a defendant in the above-entitled matter in
2 | this Court, and therefore petitioner prays that this Court issue the Writ as presented.

4 | DATED: July 5, 2016

Respectfully Submitted,

BRIAN STRETCH
United States Attorney

_____
HELEN L. GILBERT
Assistant United States Attorney

BRIAN J. STRETCH (CABN 163973)
United States Attorney

DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

HELEN L. GILBERT (NYBN 4736336)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7021
    FAX: (415) 436-7234
    Helen.Gilbert@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 16 296 RS |
| Plaintiff, | |
| v. | [PROPOSED] ORDER GRANTING PETITION FOR AND WRIT OF HABEAS CORPUS AD PROSEQUENDUM |
| DAVID PEREZ HERNANDEZ, | |
| Defendant. | |

Upon motion of the United States of America, and good cause appearing therefore, IT IS HEREBY ORDERED that the request of the United States for issuance of the Writ of Habeas Corpus Ad Prosequendum requiring the production of defendant DAVID PEREZ HERNANDEZ, before this Court on the date stated in the Writ submitted, or as soon thereafter as may be practicable, is granted, and the Writ shall be issued as presented.

DATED: 7-5-16

                                                    HON. SALLIE KIM
                                                    United States Magistrate Judge

**WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

TO: United States Marshall, Northern District of California, and/or any of his authorized deputies (including agents of the Federal Bureau of Investigation), and Sheriff of Mendocino County, and/or any of his authorized deputies:

Pursuant to the foregoing petition and order, the Sheriff of Mendocino County is directed to produce the body of DAVID PEREZ HERNANDEZ (Booking # 2016-921), in custody in the Mendocino County Jail, or any other institution in the Sheriff's custody, to the U.S. Marshal or an agent of the Federal Bureau of Investigation, who shall produce same before the Honorable Maria-Elena James, the United States Duty Magistrate Judge, 450 Golden Gate Avenue, San Francisco, California, 94102 on the fifteenth floor on July 6, 2016 at 9:30 a.m., or as soon thereafter as practicable, in order that DAVID PEREZ HERNANDEZ, may appear for preliminary proceedings to include his arraignment and initial appearance on the charges filed against him in the above-entitled Court.

DATED: JUL 0 5 2016

CLERK, UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

By: _____
DEPUTY CLERK   MARK J. JENKINS

[PROPOSED] ORDER GRANTING PETITION FOR AND WRIT OF HABEAS CORPUS AD PROSEQUENDUM
2