BRIAN J. STRETCH (CABN 163973)
United States Attorney

PHILIP A. GUENTERT (CABN 147374)
Acting Chief, Criminal Division

HELEN L. GILBERT (NYBN 4736336)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7021
    FAX: (415) 436-7234
    Helen.Gilbert@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. CR 16-296 RS |
| Plaintiff, | ) |
| v. | ) **STIPULATION AND [PROPOSED]** |
| | ) **ORDER EXCLUDING TIME** |
| DAVID PEREZ HERNANDEZ, | ) |
| Defendant. | ) |

During the parties' appearance on August 16, 2016, the Court set September 20, 2016, as the next date for a further status, change of plea, or trial setting hearing. The parties requested that time between August 16, 2016, and September 20, 2016, be excluded from any time limits applicable under 18 U.S.C. § 3161, for the purpose of effective preparation of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The parties agree that the ends of justice served by granting such an exclusion of time outweigh the best interests of the public and the defendant in a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A). At the August 16, 2016, hearing, the Court made findings consistent with that agreement and excluded time.

//

1  IT IS SO STIPULATED:

2

3                                                              BRIAN J. STRETCH
                                                               United States Attorney

4  DATED: August 16, 2016

5                                                     _____/s/_____
                                                      HELEN L. GILBERT
6                                                     Assistant United States Attorney

7  DATED: August 16, 2016

8                                                     _____/s/_____
                                                      DANIEL P. BLANK
9                                                     Attorney for Defendant, David Perez Hernandez

10

11

12

13                              Attestation of Filer

14    In addition to myself, the other signatory to this document is <u>Daniel P. Blank</u>.  I attest that I have

15  his permission to enter a conformed signature on his behalf and to file the document.

16

17  DATED: August 16, 2016                           _____/s/_____
                                                      HELEN L. GILBERT
18                                                   Assistant United States Attorney

1                                             **[PROPOSED] ORDER**

2      As stated at the August 16, 2016 hearing, for the reasons stated above and at the August 16, 2016

3 hearing, the Court finds that exclusion from the time limits applicable under 18 U.S.C. § 3161 the period

4 from August 16, 2016, through September 20, 2016, is warranted and that the ends of justice served by

5 the continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C.

6 § 3161(h)(7)(A).  The failure to grant the requested exclusion of time would deny counsel for the

7 defendant the reasonable time necessary for effective preparation, taking into account the exercise of

8 due diligence, and would result in a miscarriage of justice.  18 U.S.C. § 3161(h)(7)(B)(iv).

10 IT IS SO ORDERED.

12 DATED: _8/16/16_

13                                                                   _/s/ Richard Seeborg_

14                                             THE HONORABLE RICHARD SEEBORG
                                              United States District Court Judge